UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON ISRAEL, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-CV-415-RLY-TAB |
| ) | |
| CRAIG HANKS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT AND ORDER OF REMAND**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that:

1. The plaintiff's claims pursuant to 42 U.S.C. § 1983 are dismissed without prejudice;

2. The plaintiff's claims asserted to arise directly under the Indiana Constitution are dismissed with prejudice;

3. The remaining claim, which is that the plaintiff has been treated by prison authorities in violation of the manner required by Title 11 of the Indiana Code, is **remanded** to the Marion Superior Court in No. 49D13-0311-PL-2084.

Date: 01/25/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Copies to:

Todd A. Weaver
INDIANA STATE ATTORNEY GENERAL
Todd.Weaver@atg.in.gov

Aaron Israel
# 892219  DE-411 A/S
Indiana State Prison
Post Office Box 41
Michigan City, IN 46361